IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN GREEN,

    Plaintiff,

v.

STEVEN T. CHVALA, JUSTIN L.
GARCIS, BROOKE A. LOMAS, BRADLEY
SCHROEDER, CITY OF MADISON
POLICE DEPARTMENT AND DANE
COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-761-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Steven T. Chvala, Justin L. Garcis, Brooke A. Lomas, Bradley Schroeder, the City of Madison Police Department and the Dane County Sheriff"s Department denying plaintiff leave to proceed and dismissing this case with prejudice plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

/s/                                                                                                         10/11/2013

Peter Oppeneer, Clerk of Court                                                     Date