UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
NOV 15 AM 10: 50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

STEVEN GREEN,
    Plaintiff,

Vs

Case No.: 12-CV-761-WMC

STEVEN T. CHVALA, JUSTIN L. GARCIS,
BROOKE A. LOMAS, BRADLEY SCHROEDER,
CITY OF MADISON POLICE DEPARTMENT and
DANE COUNTY SHERIFF'S DEPARTMENT,
    Defendants.

### NOTICE OF APPEAL

Notice is hereby given that STEVEN GREEN, petitioner-appellant in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the United States Western District Court's order dismissing plaintiff's 42 U.S.C. 1983 action on OCTOBER 10th, 10th, 2013, and the denying his Rule 59(e) motion to alter or amend the judgment, Judge WILLIAM M. CONLEY, presiding.

Dated this 8th, day of OCTOBER, 2013.

*Steven A. Green*,
Petitioner-Appellant Pro Se

Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

cc: File