9/1/2015

Green V. Chrala
Case No 12-CV-761

Dear Sir/Maam

I'm asking the Court to Reconsider and Recruit Counsel to Represent me at this time. It has been previosly documented that I have tried to obtain Counsel on my own. Now given the fact that my trial date is only two and a half months away and the Proceedings are only going to become more difficult for me as a Pro Se inmate. I believe it is imparative at this stage of the Proceedings that I have Legal Representation to help me Prepare for trial as the defendants do. It is a fact that I do not have the education, Knowledge, or Capability to Litigate my Case against two well educated attorneys. So I am asking the Court to Please Reconsider and Recruit an attorney to Represent me on my Case.

Respectfully,

Steven Green

Steven Green #250085
Oakhill Correctional Institution
P.O. Box 938

CC.    Steven Green    Oregon, WI. 53575