IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN A. GREEN,

                  Plaintiff,                      OPINION AND ORDER

    v.

                                                                   12-cv-761-wmc

BRADLEY SCHROEDER,

                  Defendant.

---

This case is set for a jury trial commencing September 12, 2016. The court held a final pretrial conference on September 6, 2016, at which the parties appeared by counsel. The court issues the following order with respect to the remaining motion *in limine* and the schedule going forward.

ORDER

IT IS ORDERED that:

1) Defendant's first motion *in limine* is DENIED as moot;

2) Defendant may file, by noon on Thursday, September 8, 2016, a proposed damages instruction for injury or harm;

3) Plaintiff may file, by the end of the day on Thursday, September 8, 2016, hearsay objections to specific statements made in either of the 911 audio tapes; and

4) The court will hold a hearing at 10:00 a.m. on Friday, September 9, 2016, for defendant to make a proffer regarding the software Michael Doeden intends to use at trial.

Entered this 6th day of September, 2016.

                                          BY THE COURT:
                                          /s/
                                          WILLIAM M. CONLEY
                                          District Judge