IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN A. GREEN,

     Plaintiff,

                                      JUDGMENT

                                      12-cv-761-wmc

v.

BRADLEY SCHROEDER,

     Defendant.

---

     This action came for consideration before the court and a jury with District Judge William M. Conley presiding.  The issues have been tried and the jury has rendered a decision.

---

     IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of

defendant Bradley Schroeder dismissing this case.

Approved as to form this 13th day of September, 2016.

_____
William M. Conley
District Judge

_____       9/14/16
Peter Oppeneer, Clerk of Court       Date